UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-003-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JOYCE MARIE EDWARDS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 11, 2008. The United States was represented by AUSA Andrew C. Friedman and the defendant by Michael C. Nance. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 6, 2005, by the Honorable Marsha J. Pechman on charges of Bank Fraud and Misrepresenting a Social Security Number, and sentenced to 37 months custody, 4 years supervised release. (Dkt. 20.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be directed to cooperate in the collection of DNA, prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug program, abstain from alcohol,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

submit to search, participate in a mental health program, pay restitution in the amount of $24,609.22, provide access to financial information, maintain a single checking account for all financial transactions, be prohibited from obtaining new lines of credit or obligations without approval, be restricted from employment which has access to finances, and not possess identification documents in any but her true identity.

On May 8, 2008, defendant's probation officer reported that defendant tested positive for heroin on one occasion and cocaine on another occasion. Defendant was reprimanded, and referred for professional assessment, counseling and intensive outpatient treatment. No further action was taken at the time. (Dkt. 26.)

In an application dated August 18, 2008 (Dkt. 27 ), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of supervised release:

1. Consuming heroin, a controlled substance, on or about April 1, July 8, and July 20, 2008, in violation of standard condition 7.

2. Consuming cocaine, a controlled substance, on or about April 19, and July 8, 2008, in violation of standard condition 7.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 30.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman .

/ / /

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 11th day of September, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Andrew C. Friedman
Defendant's attorney: Michael C. Nance
Probation officer: Thomas J. Fitzgerald