UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-003-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JOYCE MARIE EDWARDS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 9, 2010. The United States was represented by AUSA Jeffrey Backhus and the defendant by Jennifer Wellman for Michael C. Nance. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 6, 2005 by the Honorable Marsha J. Pechman on charges of Bank Fraud and Misrepresenting a Social Security Number, and sentenced to 37 months custody, 4 years supervised release. (Dkt. 20.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be directed to cooperate in the collection of DNA, prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug program, abstain

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $24,609.22, provide access to financial information, maintain a single checking account for all financial transactions, be prohibited from obtaining new lines of credit or obligations without approval, be restricted from employment which has access to finances, and not possess identification documents in any but her true identity.

On May 8, 2008, defendant's probation officer reported that defendant tested positive for heroin on one occasion and cocaine on another occasion. Defendant was reprimanded, and referred for professional assessment, counseling and intensive outpatient treatment. No further action was taken at the time. (Dkt. 26.)

On September 11, 2008, defendant admitted violating the conditions of supervised release by consuming heroine and cocaine. (Dkt. 32.) At a hearing before Judge Pechman, defendant was continued on supervised release. (Dkt. 35.)

On September 29, 2009, defendant's probation officer reported that defendant had violated the conditions of supervised release by using cocaine on or before September 28, 2009. Defendant was reprimanded and referred to a community based residential program, and drug testing was increased. (Dkt. 36.)

On December 8, 2009, in response to a report from defendant's probation officer that defendant had consumed illegal controlled substances, the conditions of supervision were modified to require defendant to reside in and satisfactorily participate in a residential reentry center program for up to 180 days. (Dkt. 37.)

In an application dated February 4, 2010, (Dkt. 38-39), U.S. Probation Officer Jonathan M. Ishii alleged the following violations of the conditions of supervised release:

1. Failing to reside in and satisfactorily participate in a residential reentry center program for up to 180 days, in violation of the special condition of supervised release.

2. Associating with a person convicted of a felony, in violation of standard condition 9.

3. Consuming cocaine on or about December 21, 2009, and cocaine and morphine on or about January 4 and 13, 2010, in violation of standard condition 7.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violations 1 and 3 and waived any evidentiary hearing as to whether they occurred. Defendant denied alleged violation 2 and requested an evidentiary hearing before a Magistrate Judge.

I therefore recommend the Court find defendant violated her supervised release as alleged in violations 1 and 3, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing will be set before Judge Pechman. An evidentiary hearing on alleged violation 2 will be set before a Magistrate Judge.

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of February, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Jeffrey Backhus
Defendant's attorney: Jennifer Wellman, Michael C. Nance
Probation officer: Jonathan M. Ishii